Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
555 Montgomery Street, Suite 750
San Francisco, California 94111
Telephone:   (415) 362-6715
Facsimile:   (415) 362-0638

Attorneys for Defendants
M. SIMON ZOOK COMPANY d.b.a.
ZOOK MOLASSES COMPANY and
GOOD FOOD, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| OILSEEDS INTERNATIONAL, LTD., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>M. SIMON ZOOK COMPANY, et al.,<br><br>Defendants. | Action Number: 3:11-cv-03658-SC<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION<br><br>Pretrial Conference: August 24, 2012<br>Trial: August 27, 2012<br><br>Judge: The Honorable Samuel Conti<br>Courtroom: 1, 17th Floor |

Based on the stipulation of the parties to dismiss the entire action herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The case filed on behalf of Plaintiff OILSEEDS INTERNATIONAL, LTD. is hereby dismissed as to all named defendants and all Doe defendants, with prejudice.

**IT IS SO ORDERED.**

DATED: August 24, 2012    _____
**SAMUEL CONTI**
**Judge of the United States District Court**

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Samuel Conti, signed)*

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
555 MONTGOMERY STREET
SUITE 750
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

[PROPOSED] ORDER DISMISSING ENTIRE ACTION

*Oilseeds vs. Good Food, Inc., et al.,; USDC Action No. 3:11-cv-03658-SC*